**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| B.W., | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:18-CV-1025 HEA |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF ST. LOUIS, MISSOURI'S MOTION TO DISMISS COUNT II**

Plaintiff B.W. ("Plaintiff"), by and through her attorney, states that Plaintiff recognizes the majority opinion in Bd. of Cty. Comm'rs of Bryan Cty., Okl. v. Brown, 520 U.S. 397, 117 S. Ct. 1382, 137 L. Ed. 2d 626 (1997) and preserves for appeal her claim in Count II of Plaintiff's Complaint.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Plaintiff
    B.W.

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>August 17, 2018</u>, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

      Erin K. McGowan
      mcgowane@stlouis-mo.gov

      Attorney for Defendant
      City of St. Louis, Missouri


      s/*James W. Schottel, Jr.*

2