# Kurt Ponzar & Associates, Inc.
6209 Mid Rivers Mall Drive, Suite 145
St. Charles, Mo. 63304
(636) 946-1800 Fax
e-mail: kponzar@sbcglobal.net

August 20, 2018
Federal I.D.: 431619996



PLAINTIFF'S EXHIBIT 1

Schottel & Associates, P.C.
906 Olive St. Penthouse
St. Louis, Mo. 63101

Re:  B.W. v. City of St. Louis and John Stewart

             For Services Rendered

8/19/18   Served Summons - John Stewart
          O'Fallon, Mo.                              $65.00

          Mailed copy of Summons to John Stewart
          O'Fallon, Mo.                                5.00

Total due:  $70.00


**Payable upon receipt. Thank you!**