**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| B.W., | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. 4:18-CV-1025 HEA |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
|     Defendants. | ) |

**PLAINTIFF B.W.'S**
**ACKNOWLEDGMENT OF FULL SATISFACTION**
**OF JUDGMENT OF ATTORNEY'S FEES AND SERVICE COSTS**

COMES NOW Plaintiff B.W., by and through her attorney, James W. Schottel, Jr., and acknowledges full satisfaction of judgment of attorney's fees and service costs in the amount of $1,190.00 as set forth in this Honorable Court's Opinion, Memorandum and Order dated February 13, 2019.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Plaintiff
    B.W.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 28, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

                        Thomas J. Magee
                        tm1@heplerbroom.com

                        Attorney for Defendant
                        John Stewart


                        Erin K. McGowan

                        Attorney for Defendant
                        City of St. Louis, Missouri


                        s/*James W. Schottel, Jr.*