UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PLAINTIFF'S EXHIBIT 1

B.W., )
)
    Plaintiff, )
)
vs. )   Case No. 4:18-CV-1025 HEA
)
CITY OF ST. LOUIS, MISSOURI, et al., )
)
    Defendants. )

### AFFIDAVIT OF B▮▮▮▮ W▮▮▮▮

I, B▮▮▮ W▮▮▮, hereby depose and state as follows:

1. I am the Plaintiff in this case.

2. On the evening of June 12, 2015, my estranged husband suddenly took the family vehicle from my residence and left.

3. I called the Saint Louis Metropolitan Police Department to report the incident with my estranged husband.

4. On the night of June 12, 2015, I lived in a home in the City of St. Louis along with my four children.

5. Officer John Stewart ("Officer Stewart") responded to my call to the Saint Louis Metropolitan Police Department and arrived at my residence.

6. Upon arriving at my residence, Officer Stewart entered my house and began talking with me.

7. After I described the situation about my estranged husband taking the family vehicle, Officer Stewart asked me, "Are you freaky?"

8. Officer Stewart then indicated that he wanted me to perform oral sex on him.

9. Officer Stewart then demanded I perform oral sex on him.

10. I was in fear of Officer Stewart and afraid of what he might do if I didn't do what he demanded.

11. At the time of this incident, my four children were sleeping in my home.

12. I feared for my safety and my life.

13. I performed oral sex on Officer Stewart against my will.

14. After this act, I vomited into a towel.

15. I then called my mother and reported the incident to the police department.

Further, affiant sayeth not.

STATE OF MISSOURI    )
                     )  SS.
CITY OF ST. LOUIS    )

B▮▮▮▮ W▮▮▮▮ being duly sworn, on her solemn oath deposes and certifies that the statements set forth in this instrument are true and correct according to her best knowledge and belief.

Subscribed and sworn to before me this 15th day of October, 2019.

_____
Notary Public

(Notarial Seal or Stamp)