IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

B.W.,                         )
                              )
        Plaintiff,            )
                              )  Case No. 4:18-CV-1025 HEA
VS.                           )
                              )
CITY OF ST. LOUIS,            )
MISSOURI, et al.,             )
                              )
        Defendants.           )

PLAINTIFF'S EXHIBIT 2

VIDEO DEPOSITION OF JOHN STEWART
TAKEN ON BEHALF OF THE PLAINTIFF

December 10, 2018

*KELLY J. DANIELS*
*CERTIFIED COURT REPORTER, MISSOURI*
*CERTIFIED SHORTHAND REPORTER, ILLINOIS*
*5830 CLEMENS AVENUE*
*ST. LOUIS, MISSOURI 63112*
*OFFICE: (314) 570-5428*

```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

B.W.,                          )
                               )
        Plaintiff,             )
                               ) Case No. 4:18-CV-1025 HEA
VS.                            )
                               )
CITY OF ST. LOUIS,             )
MISSOURI, et al.,              )
                               )
        Defendants.            )

**DEPOSITION OF JOHN STEWART**, produced, sworn, and examined on December 10, 2018, between the hours eight o'clock in the forenoon and six o'clock in the afternoon, of that day, at the office of Mr. James W. Schottel, 906 Olive Street, PH, St. Louis, Missouri, before Kelly J. Daniels, Certified Court Reporter and Notary Public in and for the State of Missouri and Certified Shorthand Reporter in and for the State of Illinois in a certain cause now pending in the United States District Court, Eastern District of Missouri.

                    A P P E A R A N C E S:

Mr. James W. Schottel, Jr.
Schottel & Associates, P.C.
906 Olive Street, PH
St. Louis, Missouri  63101

                For the Plaintiff.

Mr. J. Thomas Mudd
HeplerBroom
One Metropolitan Square
211 North Broadway, Suite 2700
St. Louis, Missouri  63101

                For the Defendants.

Mr. Lou Stemmler, Videographer

2

## INDEX OF QUESTIONERS

| QUESTIONS BY: | PAGE NO. |
|---|---|
| Mr. Schottel | 6 |
| Notarial certification and seal | 17 |

## INDEX OF EXHIBITS

No exhibits marked.

## INDEX OF CERTIFIED QUESTIONS

Page 7, Line 4

Page 7, Line 22

Page 13, Line 4

Page 13, Line 14

Page 13, Line 24

Page 14, Line 11

Page 14, Line 22

1    IT IS HEREBY STIPULATED AND AGREED by and
2    between Counsel for the Plaintiff and Counsel for the
3    Defendants, that this deposition may be taken in
4    shorthand by KELLY J. DANIELS, a Certified Court
5    Reporter and Notary Public, and afterwards
6    transcribed into typewriting and waived by consent
7    and agreement in my presence.
8                              o-o-o
9                           **JOHN STEWART**,
10   Of lawful age, produced, sworn, and examined on
11   behalf of the PLAINTIFF, deposes and says:
12          MR. SCHOTTEL:  At this time counsel and I
13   would make an announcement that in the pleadings
14   because of the nature of the allegations in the case
15   the plaintiff who I represent has been represented by
16   her initials in all the public pleadings.  In this
17   deposition counsel and I have agreed to use the
18   plaintiff's full name and that if any portion of this
19   deposition is filed in the case that we will do an
20   appropriate redaction of plaintiff's name to B.W.; is
21   that correct, counsel?
22          MR. MUDD:  Yes.  We would stipulate to
23   that, and I would just add I know that Mr. Schottel
24   has had discussions with Tom Magee from my office,
25   who also represents Mr. Stewart in this matter.

```
 1   Mr. Stewart intends to invoke his Fifth Amendment
 2   privilege against self-incrimination during this
 3   deposition in response to questions from
 4   Mr. Schottel, but we have produced him here today, so
 5   he is available for his deposition.
 6           MR. SCHOTTEL:  Correct.  And on that note
 7   I have a question then.  Just the few basic questions
 8   will he answer that aren't even about the case like
 9   name, date of birth?
10           MR. MUDD:  I consulted with Mr. Magee
11   about those kinds of basic questions, and we don't
12   want to get too close to the line, so he -- we intend
13   to invoke the Fifth Amendment even for some of the
14   more basic questions.
15           MR. SCHOTTEL:  Even for the -- okay.
16   That's fine.  Because I was even going to stop and
17   say this is the point where, but okay.  I'll ask him
18   anyway.  I will ask a couple anyway.
19           MR. MUDD:  Okay.
20           MR. SCHOTTEL:  And there's a few others
21   that I have to ask.
22           MR. MUDD:  Sure.
23           MR. SCHOTTEL:  All right.  Did you swear
24   in the witness already?
25           THE REPORTER:  Yes.
```

```
 1                    DIRECT EXAMINATION
 2   QUESTIONS BY MR. SCHOTTEL:
 3         Q.    Could you state and spell your current
 4   address?
 5         A.    On advice of counsel I invoke my Fifth
 6   Amendment privileges against self-incrimination under
 7   the United States Constitution and under Article I,
 8   Section 19 of Missouri Constitution.  I respectfully
 9   decline to answer your question.
10         Q.    Mr. Stewart, I represent B▇▇▇▇▇ W▇▇▇▇
11   in this case against you that's now pending in the
12   Federal Court for the Eastern District of Missouri.
13   I understand what counsel has said at the beginning
14   of this deposition, but I still have to read this to
15   you.  I will be asking you a series of questions.  If
16   you do not understand a question, ask me to repeat it
17   or rephrase it.  Don't answer a question by nodding
18   your head or going uh-huh or uh-uh because the court
19   reporter has spoken -- taking down everything that's
20   spoken today.  Are you presently under the influence
21   of any substance drug whether prescription or
22   nonprescription that would affect your ability to
23   understand my questions and give testimony today?
24         A.    On the advice of counsel I invoke my Fifth
25   Amendment privilege against self-incrimination under
```

```
1    the United States Constitution and under Article I,
2    Section 19 of the Missouri Constitution.  I
3    respectfully decline to answer your question.
4         Q.    Have you ever been convicted of a
5    misdemeanor or a felony?
6         A.    On the advice of counsel I invoke my Fifth
7    Amendment privileges against self-incrimination under
8    the United States Constitution and under Article I,
9    Section 19 of Missouri Constitution.  I respectfully
10   decline to answer your question.
11              MR. SCHOTTEL:  I'll have that question
12   certified for the Court.  And I guess moving forward
13   there are a handful of questions that I believe
14   should be answered, and we can take that up with the
15   judge, so he can answer how he is going to answer.  I
16   am just going to have the question certified and we
17   can bring it up to the Court to see whether he should
18   answer or should not answer.  If the Fifth Amendment
19   is appropriate.  That's what I did the last time I
20   had this situation.
21              MR. MUDD:  And that's okay.  Understood.
22        Q.    (By Mr. Schottel)  Okay.  On or about June
23   12, 2015 were you working as a police officer for the
24   City of St. Louis?
25        A.    On the advice of counsel I'm invoking my
```

```
 1    Fifth Amendment privileges against self-incrimination
 2    under the United States Constitution and under
 3    Article I, Section 19 of the Missouri Constitution.
 4    I respectfully decline to answer your question.
 5              MR. SCHOTTEL:  Have that question
 6    certified for the Court.
 7         Q.   (By Mr. Schottel)  On or about June 12,
 8    2015 were you dispatched to the residence of B████
 9    W████?
10         A.   On the advice of counsel I invoke my Fifth
11    Amendment privilege against self-incrimination under
12    the United States Constitution and under Article I,
13    Section 19 of Missouri Constitution.  I respectfully
14    decline to answer your question.
15         Q.   On or about June 12, 2015 did you travel
16    to the residence of B████ W████ while in your
17    police uniform as a police officer for the City of
18    St. Louis?
19         A.   On the advice of counsel I invoke my Fifth
20    Amendment privileges against self-incrimination under
21    the United States Constitution and under Article I,
22    Section 19 of the Missouri Constitution.  I
23    respectfully decline to answer your question.
24         Q.   Did you encounter B████ W████ on or
25    about June 12, 2015?
```

```
 1        A.    On the advice of counsel I invoke my Fifth
 2   Amendment privilege against self-incrimination under
 3   the United States Constitution and under Article I,
 4   Section 19 of the Missouri Constitution.  I
 5   respectfully decline to answer your question.
 6        Q.    On or about June 12, 2015 did you ask
 7   B██████ W████ if she was freaky?
 8        A.    On the advice of counsel I invoke my Fifth
 9   Amendment privilege against self-incrimination under
10   the United States Constitution and under Article I,
11   Section 19 of the Missouri Constitution.  I
12   respectfully decline to answer your question.
13        Q.    On or about June 12, 2015 did you tell
14   B██████ W████ that she looked good?
15        A.    On the advice of counsel I invoke my Fifth
16   Amendment privilege against self-incrimination under
17   the United States Constitution and under Article I,
18   Section 19 of the Missouri Constitution.  I
19   respectfully decline to answer your question.
20        Q.    On or about June 12, 2015 did you tell
21   B██████ W████ that you wanted her to have oral sex
22   on you?
23        A.    On the advice of counsel I invoke my Fifth
24   Amendment privilege against self-incrimination under
25   the United States Constitution and under Article I,
```

```
 1    Section 19 of the Missouri Constitution.  I
 2    respectfully decline to answer your question.
 3         Q.   On or about June 12, 2015 did you expose
 4    your penis to B█████ W███?
 5         A.   On the advice of counsel I invoke my Fifth
 6    Amendment privilege against self-incrimination under
 7    the United States Constitution and under Article I,
 8    Section 19 of the Missouri Constitution.  I
 9    respectfully decline to answer your question.
10         Q.   On or about June 12, 2015 did you insert
11    your penis into B█████ W███████ vagina without her
12    consent?
13         A.   On the advice of counsel I invoke my Fifth
14    Amendment privilege against self-incrimination under
15    the United States Constitution and under Article I,
16    Section 19 of the Missouri Constitution.  I
17    respectfully decline to answer your question.
18         Q.   On or about June 12, 2015 did you insert
19    your penis into B█████ W███████ anus without her
20    consent?
21         A.   On the advice of counsel I invoke my Fifth
22    Amendment privilege against self-incrimination under
23    the United States Constitution and under Article I,
24    Section 19 of the Missouri Constitution.  I
25    respectfully decline to answer your question.
```

```
 1         Q.    On or about June 12, 2015 did you touch
 2   B██████ W██████ breasts with your hands or fingers
 3   without her consent?
 4         A.    On the advice of counsel I invoke my Fifth
 5   Amendment privilege against self-incrimination under
 6   the United States Constitution and under Article I,
 7   Section 19 of the Missouri Constitution.  I
 8   respectfully decline to answer your question.
 9         Q.    On or about June 12, 2015 did you touch
10   B██████ W██████ vagina with your hands or fingers
11   without her consent?
12         A.    On the advice of counsel I invoke my Fifth
13   Amendment privilege against self-incrimination under
14   the United States Constitution and under Article I,
15   Section 19 of the Missouri Constitution.  I
16   respectfully decline to answer your question.
17         Q.    On or about June 12, 2015 did you demand
18   B██████ W██████ to give you oral sex?
19         A.    On the advice of counsel I invoke my Fifth
20   Amendment privilege against self-incrimination under
21   the United States Constitution and under Article I,
22   Section 19 of the Missouri Constitution.  I
23   respectfully decline to answer your question.
24         Q.    On or about June 12, 2015 did B██████
25   W██████ give you oral sex?
```

```
 1      A.     On the advice of counsel I invoke my Fifth
 2   Amendment privilege against self-incrimination under
 3   the United States Constitution and under Article I,
 4   Section 19 of the Missouri Constitution.  I
 5   respectfully decline to answer your question.
 6      Q.     On or about June 12, 2015 did B███████
 7   W██████ give you oral sex against her will?
 8      A.     On the advice of counsel I invoke my Fifth
 9   Amendment privilege against self-incrimination under
10   the United States Constitution and under Article I,
11   Section 19 of the Missouri Constitution.  I
12   respectfully decline to answer your question.
13      Q.     On or about June 12, 2015 did you perform
14   any sex acts with B██████ W██████ that were
15   consensual?
16      A.     On the advice of counsel I invoke my Fifth
17   Amendment privilege against self-incrimination under
18   the United States Constitution and under Article I,
19   Section 19 of the Missouri Constitution.  I
20   respectfully decline to answer your question.
21      Q.     On or about June 12, 2015 did you perform
22   any sex acts with B██████ W██████ that were non-
23   consensual?
24      A.     On the advice of counsel I invoke my Fifth
25   Amendment privilege under self-incrimination under
```

```
1    the United States Constitution and under Article I,
2    Section 19 of the Missouri Constitution.  I
3    respectfully decline to answer your question.
4         Q.    Did you resign from the City of St. Louis
5    Police Department as a police officer on or about
6    June 13, 2015?
7         A.    On the advice of counsel I invoke my Fifth
8    Amendment privilege against self-incrimination under
9    the United States Constitution and under Article I,
10   Section 19 of the Missouri Constitution.  I
11   respectfully decline to answer your question.
12             MR. SCHOTTEL:  Have that question
13   certified for the Court, please.
14        Q.    (By Mr. Schottel)  Why did you resign as a
15   police officer with the City of the St. Louis Police
16   Department?
17        A.    On the advice of counsel I invoke my Fifth
18   Amendment privilege against self-incrimination under
19   the United States Constitution and under Article I,
20   Section 19 of the Missouri Constitution.  I
21   respectfully decline to answer your question.
22             MR. SCHOTTEL:  Have that question
23   certified for the Court.
24        Q.    (By Mr. Schottel)  Prior to your encounter
25   with B_____ W_____ on or about June 12, 2015 have
```

```
 1   other women made complaints with the City of St.
 2   Louis Police Department against you regarding sexual
 3   misconduct?
 4        A.   On the advice of counsel I invoke my Fifth
 5   Amendment privilege against self-incrimination under
 6   the United States Constitution and under Article I,
 7   Section 19 of the Missouri Constitution.  I
 8   respectfully decline to answer your question.
 9             MR. SCHOTTEL:  Have that question
10   certified for the Court, too, please.
11        Q.   (By Mr. Schottel)  On or about June 12,
12   2015 did the City of St. Louis Police Department have
13   any policies or procedures relating to male officers
14   attending to calls of alleged female victims?
15        A.   On the advice of counsel I invoke my Fifth
16   Amendment privilege against self-incrimination under
17   the United States Constitution and under Article I,
18   Section 19 of the Missouri Constitution.  I
19   respectfully decline to answer your question.
20             MR. SCHOTTEL:  Have that question
21   certified for the Court, please.
22        Q.   (By Mr. Schottel)  Prior to June 12, 2015
23   were you given any training by the St. Louis City
24   Police Department regarding the arrest or detention
25   of female subjects?
```

```
 1          A.    On the advice of counsel I invoke my Fifth
 2   Amendment privilege against self-incrimination under
 3   the United States Constitution and under Article I,
 4   Section 19 of the Missouri Constitution.  I
 5   respectfully decline to answer your question.
 6          MR. SCHOTTEL:  Have that question
 7   certified for the Court.  I have no further
 8   questions.
 9          MR. MUDD:  I have no questions for
10   Mr. Stewart today.
11          MR. SCHOTTEL:  You going to instruct on
12   whether he will read or waive?
13          MR. MUDD:  Mr. Stewart, you have the
14   option to either read the deposition transcript just
15   to see if there is any, you know, misspellings or
16   typographical errors, or you can waive signature.
17   Most people will waive signature trusting the court
18   reporter's done a good job, but it's up to you if you
19   want to review the transcript before it's finalized.
20          THE WITNESS:  Under advice of counsel I
21   elect to waive my right to read the transcript.
22          MR. MUDD:  Okay.  You'll waive signature?
23          THE WITNESS:  I'll waive signature.
24          MR. MUDD:  We'll waive.
25          THE REPORTER:  Would you like a copy of
```

```
 1    this?
 2              MR. MUDD:   Can I email and let you know?
 3              THE REPORTER:   Sure.
 4
 5         (SIGNATURE OF WITNESS WAIVED BY AGREEMENT).
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## NOTARIAL CERTIFICATE

STATE OF MISSOURI        )
                         ) SS
COUNTY OF ST. LOUIS      )

    I, Kelly J. Daniels, a Certified Shorthand Reporter and a duly commissioned Notary Public within and for the State of Missouri, do hereby certify that there came before me at the office of Mr. James W. Schottel, 906 Olive Street, PH, St. Louis, Missouri

JOHN STEWART,

who was by me first duly sworn to testify to the truth and nothing but the truth of all knowledge touching and concerning the matters in controversy in this cause; that the witness was thereupon carefully examined under oath and said examination was reduced to writing by me; and that this deposition is a true record of the testimony given by the witness.

    I further certify that I am neither attorney nor counsel for nor related nor employed by any of the parties to the action in which this deposition is taken; further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in this action.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal on November 12, 2018.

    My commission expires August 23, 2021.

KELLY J. DANIELS
Notary Public – Notary Seal
St Louis County – State of Missouri
Commission Number 13461914
My Commission Expires Aug 23, 2021

Kelly J. Daniels, CCR, CSR
Notary Public