## MISSOURI CIRCUIT COURT
## TWENTY-SECOND JUDICIAL CIRCUIT
(ST. LOUIS CITY)

**State Of Missouri,**
    Plaintiff,

vs.

**JOHN STEWART**
    Alias(es):

Race / Sex / Age: W / M / 51   Dob:
Ht: 5'11" / Wt: 220
Complaint#: 15029016    LID:
Arrest#: AT LARGE   OCN:
SSNs:
    Defendant


PLAINTIFF'S EXHIBIT 3

Division Number:
CA#: 510671481
Cause No. 1822-CR00376


18 APR -6 PM 2:13
22ND JUDICIAL CIRCUIT CIRCUIT CLERK'S OFFICE FILED

### Charge(s):

Count 1:   Sodomy Or Attempted Sodomy - 1st Degree                              (FELONY) RSMo 566.060
    **FROM** 6/12/2015 at 10:11 PM **TO** 6/12/2015 at 11:16 PM   **Place:** 3644 KOSCIUSKO ST. APT. 209   (SCC 566.060-001Y201311)

### Witnesses
Jason R Sapienza, DSN: 6909                           B.W.

State Of Missouri  )
                   ) SS
City Of St. Louis  )

**INDICTMENT**

ENTERED
APR - 9 2018
D J

The Grand Jurors of the City of St. Louis, State of Missouri, charge that:

### Count I

The defendant, in violation of Section 566.060, RSMo, committed the felony of sodomy in the first degree, punishable upon conviction under Section 566.060, RSMo, and subject to lifetime supervision under Section 217.735, RSMo, in that on or about June 12, 2015, in the city of St. Louis, State of Missouri, the defendant for the purpose of arousing or gratifying the sexual desire of the defendant, knowingly had deviate sexual intercourse with B.W., by the use of forcible compulsion.

A true bill
_____
Foreman

Kimberly M. Gardner
Circuit Attorney
of the City of St. Louis,
State of Missouri, by
_____
Assistant Circuit Attorney